UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EYETALK 365, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED.<br><br>Defendant. | Case No. 3:17-cv-00686-MMD-WGC |
| EYETALK365, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Defendant. | *and related case*<br><br>Case No. 2:17-cv-02714-RCJ-PAL<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:17-cv-00686-MMD-WGC is reassigned to District Judge Robert C. Jones and Magistrate Judge Peggy A. Leen, and all future pleadings must bear case number 3:17-cv-00686-RCJ-PAL.

DATED THIS 30th day of November 2017.

_____  _____
MIRANDA M. DU  ROBERT C. JONES
UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE