MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
THOMAS G. PASTERNAK, ESQ. (*pro hac vice pending*)
JOHN M. SCHAFER, ESQ. (*pro hac vice pending*)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Attorneys for Zmodo Technology Corporation Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Defendant. | Case No.: 3:17-cv-00686-RCJ-PAL<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Pursant to Fed. R. Civ. P. 6, L.R. 7, and L.R. IA 6-1 and 6-2, Defendant, Zmodo Technology Corporation Limited (**Zmodo**), moves for entry of a second order extending the time for Zmodo to respond to the Complaint for Patent Infringement (ECF No. 1) by thirty days and in support states:

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 21, 2017, Plaintiff, Eyetalk365, LLC (**Eyetalk**), filed the Complaint. Eyetalked served on Zmodo a summons and a copy of the Complaint on November 27, 2017. The Complaint alleges that Zmodo has directly infringed at least claim 1 of each of 5 patents owned by Eyetalk: U.S. Patent Nos. 9,485,478, 9,516,284, 9,635,323, 9,706,178, and 9,648,290. Eyetalk's alleged direct infringement under theories of literal infringement and/or infringement under the doctrine of equivalents. The Complaint also alleges that Zmodo has indirectly infringed each of the

43641663;1

patents-in-suit by inducing customer to infringe each of the patents-in-suit under theories of literal infringement and/or infringement the doctrine of equivalents. Zmodo requests an extension of time to January 12, 2018 to answer or otherwise respond to the Complaint.

Under Rule 6(b)(1)(A), a court may extend the time in which to respond to a pleading if the request is made before the original time expires:

> (b) Extending Time.
>
> > (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> >
> > > (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

While Zmodo has some familiarity with the specification of the patents-in-suit by virtue of its involvement in another litigation against Eyetalk recently transferred to this district, Civil Action No. 2:17-cv-02714-RCJ-PAL, each of the patents-in-suit requires its own investigation. In order to properly answer the Complaint, Zmodo must conduct an independent analysis of the claims of each of the patents-in-suit in order to assess its positions with respect to non-infringement and invalidity. Additionally, Zmodo must perform this analysis in view of Eyetalk's theories of direct and indirect infringement, both literally and under the doctrine of equivalents. Given the number of claims and patents involved, Zmodo respectfully requests additional time to answer or otherwise respond to the Complaint. Finally, Zmodo's counsel has conferred with Eyetalk's counsel on this matter, and Eyetalk does not oppose the extension sought by Zmodo.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

43641663;1

Accordingly, Zmodo respectfully requests that the Court grants the motion to extend the time to answer or otherwise reply to the Complaint and extends the response deadline to January 12, 2018.

DATED this 18th day of December, 2017.

**AKERMAN LLP**

IT IS SO ORDERED this 22nd day of December, 2017.

*/s/Tenesa S. Scaturro*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Zmodo Technology Corporation Limited*

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2017, and pursuant to FRCP 5(b), I electronically served via CM/ECF a copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)**, on all parties and counsel as identified on the Court generated notice of electronic filing.

Michael D. Rounds, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
5371 Kietzke Lane
Reno, Nevada 89511

*Of Counsel*
Gary R. Sorden, Esq.
Tim Craddock, Esq.
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206

*Attorneys for Eyetalk365, LLC*

*/s/ Jill Sallade*
An employee of AKERMAN LLP

3

43641663;1