THE LAW OFFICE OF RICHARD G.
CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR. (Bar No. 1832)
333 Flint Street
Reno, NV 89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

MELANIE D. MORGAN (Bar No. 8215)
TENESA SCATURRO POWELL (Bar No. 12488)
Thomas G. Pasternak (*pro hac vice*)
John M. Schafer (*pro hac vice*)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant Zmodo Technology Corporation Limited*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EYETALK365, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>    Defendant. | Case Nos.  2:17-cv-02714-RCJ-PAL;<br>                3:17-cv-00686-RCJ-PAL<br><br>**MOTION TO SUBSTITUTE RESIDENT COUNSEL** |
| ZMODO TECHNOLOGY CORPORATION LIMITED,<br>    Counter Claimant,<br><br>v.<br><br>EYETALK365, LLC,<br>    Counter Defendant. | |

//

1   Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, LTD. ("Zmodo") hereby moves this court to substitute local counsel in Case Nos 2:17-cv-02714-RCJ-PAL ("'2714 Case") and 3:17-cv-00686-RCJ-PAL ("'686 Case"). Zmodo had previously designated Melanie D. Morgan of AKERMAN LLP as associate resident Nevada counsel. (*See* '2714 Case, ECF Nos. 92, 93; '686 Case, ECF Nos. 25, 26) Zmodo now seeks to designate Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. as resident counsel. *See* Ex. A.

Discovery in this matter does not close until November 16, 2018. (*See* '2714 Case, ECF No. 111; '686 Case, ECF No. 36). Mr. Campbell has already filed a notice of association of counsel in each case (*see* '2714 Case, ECF No. 106; '686 Case, ECF No. 35), and is thus aware of the respective deadlines set by the Court. Additionally, Thomas G. Pasternak and John M. Schafer of AKERMAN LLP, both of whom have been admitted *pro hac vice* in these cases (*see* '2714 Case, ECF Nos. 94, 95; '686 Case, ECF Nos. 27, 28), will continue to represent Zmodo. Accordingly, discovery and trial deadlines will not be affected by the requested substitution of resident counsel. Therefore, Zmodo respectfully requests that this Court grant the motion to substitute resident counsel.

Dated: May 18, 2018

**IT IS SO ORDERED** this 22nd day of May, 2018.

*[signature]*
Peggy A. Leen
United States Magistrate Judge

**THE LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC.**

/s/ Richard G. Campbell, Jr.

THE LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR.
Bar No. 1832
333 Flint Street
Reno, NV 89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

MELANIE D. MORGAN
Bar No. 8215
TENESA SCATURRO POWELL
Bar No. 12488
Thomas G. Pasternak (*pro hac vice*)

1

John M. Schafer (*pro hac vice*)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant Zmodo Technology Corporation Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed this 18th day of May, 2018, using the Court's CM/ECF system and served via email on the following counsel:

Gary R. Sorden (gary.sorden@klemchuk.com)

Michael D. Rounds (mrounds@bhfs.com)

Tim J. H. Craddock (tim.craddock @klemchuk.com)

/s/ John M. Schafer

| | |
|---|---|
| 1 | THE LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. |
| 2 | RICHARD G. CAMPBELL, JR. (Bar No. 1832) |
| | 333 Flint Street |
| 3 | Reno, NV 89501 |
| | Telephone: (775) 384-1123 |
| 4 | Facsimile: (775) 686-2401 |
| | rcampbell@rgclawoffice.com |
| 5 | |
| | MELANIE D. MORGAN (Bar No. 8215) |
| 6 | TENESA SCATURRO POWELL (Bar No. 12488) |
| | Thomas G. Pasternak (*pro hac vice*) |
| 7 | John M. Schafer (*pro hac vice*) |
| | AKERMAN LLP |
| 8 | 1635 Village Center Circle, Suite 200 |
| | Las Vegas, NV 89134 |
| 9 | Tel: 702.634.5000 |
| | Fax: 702.380.8572 |
| 10 | melanie.morgan@akerman.com |
| | tenesa.scaturro@akerman.com |
| 11 | thomas.pasternak@akerman.com |
| | jay.schafer@akerman.com |
| 12 | |
| | *Counsel for Defendant Zmodo Technology* |
| 13 | *Corporation Limited* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC, | Case Nos. 2:17-cv-02714-RCJ-PAL; |
| Plaintiff, | 3:17-cv-00686-RCJ-PAL |
| v. | **SUBSTITUTION OF RESIDENT COUNSEL** |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Defendant. | |
| | |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Counter Claimant, | |
| v. | |
| EYETALK365, LLC, | |
| Counter Defendant. | |

//

1       Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of AKERMAN LLP.

DATED this \_\_9\_\_ day of May, 2018

_____
Zmodo Technology Corporation, Ltd.

I consent to the above substitution.

DATED this \_\_\_\_ day of May, 2018

_____
Melanie D. Morgan

I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

DATED this \_\_\_\_ day of May, 2018

_____
Richard G. Campbell, Jr.

Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of AKERMAN LLP.

DATED this ____ day of May, 2018

_____
Zmodo Technology Corporation, Ltd.

I consent to the above substitution.

DATED this 10th day of May, 2018

_____
Melanie D. Morgan

I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

DATED this ____ day of May, 2018

_____
Richard G. Campbell, Jr.

| | |
|---|---|
| 1 | Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of AKERMAN LLP. |

Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of AKERMAN LLP.

DATED this ____ day of May, 2018

_____
Zmodo Technology Corporation, Ltd.

I consent to the above substitution.

DATED this ____ day of May, 2018

_____
Melanie D. Morgan

I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

DATED this __9__ day of May, 2018

_____
Richard G. Campbell, Jr.