# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eyetalk365, LLC

    Plaintiff(s),

vs.

Zmodo Technology Corporation Limited

    Defendant(s).

Case #3:17-cv-00686-RCJ-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Rodney R. Miller, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kasowitz Benson Torres LLP
(firm name)

with offices at Two Midtown Plaza, Suite 1500, 1349 W. Peachtree St., N.W.,
(street address)

Atlanta, Georgia, 30309,
(city) (state) (zip code)

404-260-6097, rmiller@kasowitz.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Zmodo Technology Corporation Limited to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____February 11, 2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Georgia_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Texas | November 6, 2009 | 24070280 |
| U.S.D.C. for the Southern District of Texas | May 6, 2010 | |
| U.S.D.C. for the Eastern District of Texas | October 18, 2012 | |
| U.S. Court of Appeals for the Federal Circuit | July 30, 2014 | |
| U.S. Patent and Trademark Office | February 17, 2010 | |
| State Bar of Georgia | February 11, 2015 | 746556 |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
State Bar of Georgia - 746556
State Bar of Texas - 24070280

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
(Petitioner's signature)

STATE OF _____Georgia_____ )
                           )
COUNTY OF _____Fulton_____ )

_____Rodney R. Miller_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
(Petitioner's signature)

Subscribed and sworn to before me this

__22nd__ day of __June__, __2018__

_____
Notary Public or Clerk of Court

[Notary Seal: DANIELLE M. SAXON, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES MARCH 13, 2022]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Chad R. Fears_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2300 West Sahara Avenue, Suite 900_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89102_____,
(city)                  (state)              (zip code)

_____702-805-0290_____, _____cfears@efstriallaw.com_____.
(area code + telephone number)      (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Chad R. Fears_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

___HX___
(party's signature)

Henry Haipeng Xiao, General Counsel for the International Division
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

6970                cfears@efstriallaw.com
Bar number          Email address

APPROVED:
Dated: this __26__ day of __June__, 20__18__.

_____[signature] R. Jones_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Rodney RaShard Miller
Kasowitz Benson Torres LLP
1349 W Peachtree Street NW Suite 1500
Atlanta, GA 30309

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 02/11/2015 |
| **BAR NUMBER:** | 746556 |
| **TODAY'S DATE:** | 06/22/2018 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in "good standing" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



## STATE BAR OF GEORGIA



Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 21, 2018

Re: Mr. Rodney RaShard Miller, State Bar Number 24070280

To Whom It May Concern:

This is to certify that Mr. Rodney RaShard Miller was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

