# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Eyetalk 365, LLC

Plaintiff(s),

vs.

Zmodo Technology Corporation Limited

Defendant(s).

Case No. 3:17-cv-00686-RCJ-PAL

## SUBSTITUTION OF ATTORNEY

__Zmodo Technology Corporation__ Defendant, hereby substitutes
(Name of Party)

__Chad R. Fears of Evans Fears & Schuttert LLP__
(New Attorney)

(Address): 2300 West Sahara Avenue, Suite 900, Las Vegas, NV 89102

(Telephone): (702) 805-0290, as attorney of record in place and

stead of: Richard G. Campbell, Jr. of Law Office of Richard G. Campbell, Jr. Inc.
(Present Attorney)

DATED: 6/26/18

_____
(Signature of Party)

I consent to the above substitution.

DATED: 6/26/18

_____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: 6/26/18

(Signature of New Attorney)

Please check one: X  RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: June 29, 2018

UNITED STATES DISTRICT JUDGE

6/95