Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, Suite 900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop (pro hac vice)
Darcy L. Jones (pro hac vice)
Marcus A. Barber (pro hac vice)
Jack Shaw (pro hac vice)
Heather S. Kim (pro hac vice)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
Email: hkim@kasowitz.com

*Attorneys for Defendant*
*Zmodo Technology Corporation Limited*
*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>        Plaintiff,<br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br>        Defendant. | Case No. 3:17-cv-00686-RCJ-PAL<br><br>*and related case* |
| EYETALK365, LLC,<br><br>        Plaintiff,<br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br>       Defendant. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**DEFENDANT ZMODO TECHNOLOGY CORPORATION LIMITED'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY**<br><br>**(FIRST REQUEST)** |

1

Defendant Zmodo Technology Corporation Limited ("Zmodo"), pursuant to LR IA 6-1, hereby requests a two-day extension to file its Response to Plaintiff's Motion to Disqualify filed on July 25, 2018 (ECF No. 67 in Case No. 3:17-cv-00686-RCJ-PAL; ECF No. 159 in Case No. 2:17-cv-02714-RCJ-PAL) – moving the deadline for Zmodo's Response from August 8, 2018 to August 10, 2018.  This is Zmodo's first request for an extension of time to file its Response.

Plaintiff's Motion to Disqualify raises various allegations against Zmodo's counsel Kasowitz Benson Torres LLP ("Kasowitz") regarding purported disqualifying conflict of interest, to which Kasowitz's attorneys, including the firm's senior attorneys, require additional time to review thoroughly based on the information known to date, and to respond accordingly.  Given the seriousness and implications of Plaintiff's Motion to Disqualify, Zmodo would be severely prejudiced if its counsel is not afforded the requested time extension.  On the other hand, a short two-day extension does not harm or prejudice Plaintiff and, in fact, Zmodo would agree to a similar time extension for Plaintiff's Reply brief should Plaintiff need additional time.  This short time extension will not impact the hearing on the Motion to Disqualify currently set for August 28, 2018.

Further, as set forth in the attached Declaration of Jack Shaw, Esq., Zmodo made efforts to secure a time extension for Zmodo's Response, but Plaintiff's counsel did not respond to voice messages or emails as of the time of filing the instant motion to extend time.

Based on the foregoing, good cause exists to extend the deadline for Zmodo to submit its Response to Plaintiff's Motion to Disqualify from August 8, 2018 to August 10, 2018.

Dated: August 7, 2018.

EVANS FEARS & SCHUTTERT LLP

By: /s/ Chad R. Fears
Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop (pro hac vice)
Darcy L. Jones (pro hac vice)
Marcus A. Barber (pro hac vice)
Jack Shaw (pro hac vice)
Heather S. Kim (pro hac vice)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
Email: hkim@kasowitz.com

Rodney R. Miller (pro hac vice)
Nicole Holtzapple (pro hac vice)
**KASOWITZ BENSON TORRES LLP**
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
Email: rmiller@kasowitz.com
Email: nholtzapple@kasowitz.com

Daniel C. Miller (pro hac vice)
**KASOWITZ BENSON TORRES LLP**
1399 New York Avenue NW, Suite 201
Washington, DC 20005
Telephone: (202) 760-3400
Facsimile: (202) 760-3401
Email: dcmiller@kasowitz.com

Attorneys for Defendant
Zmodo Technology Corporation Limited

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2018

### DECLARATION OF JACK SHAW, ESQ. IN SUPPORT OF DEFENDANT ZMODO TECHNOLOGY CORPORATION LIMITED'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY

Jack Shaw, Esq., declares as follows:

1. I am an attorney with the law firm of Kasowitz Benson Torres LLP ("Kasowitz"). I am admitted *pro hac vice* in the above-captioned cases and counsel of record for Zmodo Technology Corporation Limited ("Zmodo").

2. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could competently testify to them.

3. After receiving Plaintiff's Motion to Disqualify, my colleagues from Kasowitz and I initially contacted Plaintiff's counsel about extending the deadline for Zmodo's response to allow Zmodo to conduct discovery regarding the alleged conflict of interest. The time extension requested by Zmodo at that time was for thirty days for Zmodo to respond to Plaintiff's Motion to Disqualify. However, Plaintiff's counsel refused to accommodate Zmodo in this regard.

4. On August 7, 2018, I left two voice messages for Plaintiff's counsel regarding a two-day extension for Zmodo to file its Response to Plaintiff's Motion to Disqualify. I also subsequently emailed twice Plaintiff's counsel regarding Zmodo's request for the two-day extension. But, Plaintiff's counsel did not respond to voice messages or emails as of the time of filing the instant motion to extend.

5. Plaintiff's Motion to Disqualify raises various allegations against Zmodo's counsel (Kasowitz) regarding purported disqualifying conflict of interest, to which Kasowitz's attorneys, including the firm's senior attorneys, require additional time to review thoroughly based on the information known to date, and to respond accordingly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2018.

*/s/ Jack Shaw*
Jack Shaw

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served on counsel of record this 7th day of August, 2018, using the Court's CM/ECF system.

> _/s/ Faith Radford_
> An Employee of Evans Fears & Schuttert LLP