Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone:   (702) 805-0290
Facsimile:   (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop (*pro hac vice*)
Darcy L. Jones (*pro hac vice*)
Marcus A. Barber (*pro hac vice*)
Jack Shaw (*pro hac vice*)
Heather S. Kim (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
Email: hkim@kasowitz.com

Attorneys for Defendant
Zmodo Technology Corporation Limited

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Defendant. | Case No.  3:17-cv-0686-RCJ-PAL<br><br><br>*and related case* |
| EYETALK365, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>Defendant. | Case No.  2:17-cv-02714-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF ZMODO'S MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eyetalk365 LLC |
| 2 | and Defendant Zmodo Technology Corporation Limited, and through their respective counsel, that |
| 3 | the time for Plaintiff to file its Response to Defendant's Motion for Reconsideration (ECF No. 125 |
| 4 | in Case No. 3:17-cv-00686, and ECF No. 221 in Case No. 2:17-cv-02714) ("Motion for |
| 5 | Reconsideration") is extended for 3 days, from December 18, 2018 to December 21, 2018, and that |
| 6 | the time for Defendant to file its Reply in support of the Motion for Reconsideration, if any, is |
| 7 | extended for 3 days from December 25, 2018 to December 28, 2018.  This is the first stipulation |
| 8 | for extension of time for Plaintiff to file its response and for Defendant to file its reply. |
| 9 | / / / |
| 10 | / / / |
| 11 | / / / |
| 12 | / / / |
| 13 | / / / |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | (Signatures on following page) |

This extension request is made to accommodate counsel's schedules. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the briefing schedule for the Motion for Reconsideration.

Dated this 17th day of December, 2018.

| KLEMCHUCK LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| By: */s/ Tim Craddock*<br>Gary R. Sorden (pro hac vice)<br>Tim Craddock (pro hac vice)<br>**KLEMCHUCK LLP**<br>8150 N. Central Expressway, 10th Floor<br>Dallas, Texas 75206<br>Telephone: (214) 367-6000<br>Facsimile: (214) 367-6001<br>Email: gary.sordon@klemchuck<br>Email: tim.craddock@klemchuck.com<br><br>Michael D. Rounds (Nevada Bar No. 4734)<br>**BROWNSTEIN HYATT FARBER SCHRECK LLP**<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br>Email: mrounds@bhfs.com<br><br>Attorneys for Plaintiff EYETALK365, LLC | By: */s/ Jonathan K. Waldrop*<br>Jonathan K. Waldrop (*pro hac vice*)<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br>Email: jwaldrop@kasowitz.com<br><br>Chad R. Fears (Nevada Bar No.: 6970)<br>**EVANS FEARS & SCHUTTERT LLP**<br>2300 W. Sahara Avenue, #900<br>Las Vegas, Nevada 89102<br>Telephone: (702) 805-0290<br>Facsimile: (702) 805-0291<br>Email: cfears@efstriallaw.com<br><br>Attorneys for Defendant<br>Zmodo Technology Corporation Limited |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES MAGISTRATE JUDGE

Dated: _December 20, 2018

STIP. AND ORDER FOR EXT. OF TIME TO FILE RESPONSES AND REPLY — - 3 - — 17-CV-00686-RCJ-PAL; 17-CV-02714-RCJ-PAL