1  Chad R. Fears (Nevada Bar No.: 6970)
   **EVANS FEARS & SCHUTTERT LLP**
2  2300 W. Sahara Avenue, #950
   Las Vegas, Nevada 89102
3  Telephone:  (702) 805-0290
   Facsimile:  (702) 805-0291
4  Email: cfears@efstriallaw.com

5  Jonathan K. Waldrop (*pro hac vice*)
   Darcy L. Jones (*pro hac vice*)
6  Marcus A. Barber (*pro hac vice*)
   Jack Shaw (*pro hac vice*)
7  Heather S. Kim (*pro hac vice*)
   **KASOWITZ BENSON TORRES LLP**
8  333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
9  Telephone:  (650) 453-5170
   Facsimile:  (650) 453-5171
10 Email: jwaldrop@kasowitz.com
   Email: djones@kasowitz.com
11 Email: mbarber@kasowitz.com
   Email: jshaw@kasowitz.com
12 Email: hkim@kasowitz.com

13 *Attorneys for Defendant*
   *Zmodo Technology Corporation Limited*
14

15

**UNITED STATES DISTRICT COURT**

16

**DISTRICT OF NEVADA**

17

| | |
|---|---|
| 18 EYETALK365, LLC, | |
|   Plaintiff, | Case No.  3:17-cv-00686-RCJ-PAL |
| 19 | |
| 20 v. | *and related case* |
| 21 ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| 22  Defendant. | |
| 23 EYETALK365, LLC, | |
| 24  Plaintiff, | Case No.  2:17-cv-02714-RCJ-PAL |
| 25 v. | **JOINT STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION** |
| 26 ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| 27 | |
| 28  Defendant. | |

1    Plaintiff Zmodo Technology Corporation Limited ("Zmodo" or "Plaintiff") and Defendant

2    Eyetalk365, LLC ("Eyetalk" or "Defendant") hereby file this Joint Stipulation to Stay All Deadlines

3    Pending Resolution (the "Joint Stipulation").

4        Plaintiff and Defendant hereby notify the Court that all matters in controversy between them

5    have been settled, in principle.  Plaintiff and Defendant request that the Court stay the remaining

6    deadlines contained in the Court's orders (Dkt. No. 233 in 2:17-cv-02714-RCJ-PAL; Dkt. No. 142

7    in Case No. 3:17-cv-00686-RCJ-PA) for thirty (30) days so that the parties can finalize the

8    resolution and file appropriate dismissal papers.

9    / / /

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1  Plaintiff and Defendant will also file a status report to apprise the Court of the resolution

2  progress within twenty-one (21) days of the filing of the Joint Stipulation.

3

4  Dated:  February 21, 2019                    Dated:  February 21, 2019

5  By:  */s/ Jonathan K. Waldrop*              By:  */s/ Gary R. Sorden*
        Jonathan K. Waldrop (*pro hac vice*)         Gary R.  Sorden (*pro hac vice*)
        Darcy L. Jones (*pro hac vice*)              Tim Craddock (*pro hac vice*)
6       Marcus A. Barber (*pro hac vice*)            **KLEMCHUK LLP**
        Jack Shaw (*pro hac vice*)                   Campbell Centre II
7       Heather S. Kim (*pro hac vice*)              8150 North Central Expressway,
        **KASOWITZ BENSON TORRES LLP**               10th   Floor
8       333 Twin Dolphin Drive, Suite 200            Dallas, TX 75206
        Redwood Shores, California  94065            Telephone:  (214) 367-6000
9       Telephone:   (650) 453-5170                  Facsimile:  (214) 367-6001
        Facsimile:    (650) 453-5171                 Email: gary.sorden@klemchuk.com
10      Email: jwaldrop@kasowitz.com                 Email: tim.craddock@klemchuk.com
        Email: djones@kasowitz.com
11      Email: mbarber@kasowitz.com                  Michael D. Rounds
        Email: jshaw@kasowitz.com                    (Nevada Bar No. 4734)
12      Email: hkim@kasowitz.com                     **BROWNSTEIN HYATT FARBER**
                                                     5371 Kietzke Lane
13      Chad R. Fears (Nevada Bar No.:  6970)        Reno, Nevada 89511
        **EVANS FEARS & SCHUTTERT LLP**              Telephone:  (775) 324-4100
14      2300 W. Sahara Avenue, #950                  Facsimile:   (775) 333-8171
        Las Vegas, Nevada  89102                     Email:  mrounds@bhfs.com
15      Telephone:   (702) 805-0290
        Facsimile:    (702) 805-0291                 Attorneys for Plaintiff
16      Email: cfears@efstriallaw.com                Eyetalk365, LLC

17      Attorneys for Defendant
        Zmodo Technology Corporation Limited
18

19

20

21

22

23      **IT IS SO ORDERED.**

24      _____
        UNITED STATES DISTRICT COURT JUDGE/
        UNITED STATES MAGISTRATE JUDGE

25      DATED:  February 25, 2019
        _____

26      Case No. 3:17-cv-00686-RCJ-PAL
        Case No. 2:17-cv-02714-RCJ-PAL
27

28