Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214-367-6000
Facsimile: 214-367-6001
Email: gary.sorden@klemchuk.com
　　　　tim.craddock@klemchuk.com

Attorneys for Eyetalk365, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EYETALK365, LLC,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>　　　　　　　*Defendant*. | Case No. 3:17-cv-00686-MMD-WGC<br><br>*and related case* |
| EYETALK365, LLC,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>　　　　　　　*Defendant*. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**JOINT STATUS REPORT** |

On February 25, 2019, the Court granted Plaintiff Zmodo Technology Corporation Limited ("Zmodo") and Eyetalk365, LLC's ("Eyetalk") (collectively, the "Parties") Joint Stipulation to Stay All Deadlines Pending Resolution.

The Parties have reached an agreement in principle to settle this matter. A draft agreement has been sent to Zmodo for signature and/or revision and the Parties expect to resolve this matter through a dismissal with prejudice shortly.

Dated: March 13, 2019

| KASOWITZ BENSON TORRES LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ Jonathan K. Waldrop<br>Jonathan K. Waldrop (admitted pro hac vice)<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, Nevada 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453 – 5171<br>Email: jwaldrop@kasowitz.com<br><br>Chad R. Fears<br>Nevada Bar No. 6970<br>EVANS FEARS & SCHUTTERT LLP<br>2300 W. Sahara Avenue, #900<br>Las Vegas, Nevada 89102<br>Telephone: (702) 805-0290<br>Facsimile: (702) 805-0291<br>Email: cfears@efstriallaw.com<br><br>*Attorneys for Defendant Zmodo Technology Corporation Limited* | By: /s/ Gary R. Sorden<br>Michael D. Rounds, Esq.<br>Nevada Bar No. 4734<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br>Email: mrounds@bhfs.com<br><br>Gary R. Sorden (admitted *Pro Hac Vice*)<br>Tim Craddock (admitted *Pro Hac Vice*)<br>KLEMCHUCK LLP<br>8150 n. Central Expressway, 10th Floor<br>Dallas, Texas 75206<br>Telephone: (214) 367-6000<br>Facsimile: (214) 367-6001<br>Email: gary.sorden@klemchuck.com<br>          tim.craddock@klemchuck.com<br><br>*Attorneys for Plaintiff Eyetalk365, LLC* |

**IT IS ORDERED** that the parties shall have until **April 18, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation will be filed.

Dated: March 20, 2019

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed this 13th day of March, 2019, using the Court's CM/ECF system.

*/s/ Gary R. Sorden*
Gary R. Sorden